IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **RITA CUMMINGS**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | Civil No. **07-752-MJR** |
| | ) | |
| **MATT WITT, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is defendants Witt, Wagner, Lawson, Blackorby and the City of Jerseyville's motion to stay discovery pending ruling on their motion to dismiss the amended complaint. **(Doc. 13)**.

A review of the record reveals that this case has not been "tracked," meaning that Judge Reagan has yet to set a trial date and trigger the scheduling and discovery process.

**IT IS THEREFORE ORDERED** that the subject motion **(Doc. 13)** is **DENIED AS PREMATURE**.

**IT IS SO ORDERED.**

**DATED: December 27, 2007**

                                                  s/ Clifford J. Proud
                                                **CLIFFORD J. PROUD**
                                                 **U. S. MAGISTRATE JUDGE**